

FILED VIA [MAIL]
JAN 2 0 2026
Clerk, U.S. District Court
Middle District of Florida
Tampa Division

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS HANCOCK ESTATE**, by and through its Personal Representative, **MELISSA BECK**,
Plaintiff,
vs.
**JOHN WITECK**,
Defendant.

Case No.: [To Be Assigned] 8:26-cv-175-TPB-AEP

**COMPLAINT**

1. INTRODUCTION

This action arises from the unlawful actions of the Defendant, John Witeck, in relation to the management and misuse of assets belonging to the estate of Thomas Hancock. The Plaintiff seeks recovery for damages suffered due to the Defendant's fraudulent and negligent conduct.

2. PARTIES

a. Plaintiff Thomas Hancock Estate is the estate of Thomas Hancock, a resident of Pinellas County, Florida, and is represented by its Personal Representative, Melissa Beck.
b. Defendant John Witeck is an individual residing in [insert Witeck's residence, if known], and is believed to have engaged in unlawful activities affecting the Plaintiff's estate.

3. JURISDICTION AND VENUE

a. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because this action arises under federal laws related to fraud and financial misconduct.
b. Venue is proper in this Court under 28 U.S.C. § 1391 because the events giving rise to this complaint occurred in this District, specifically in Pinellas County.

4. FACTUAL ALLEGATIONS

a. Thomas Hancock was the owner of various assets, including a Medicare Set Aside account, which were managed by the Defendant in his capacity as [trustee/financial advisor].
b. The Defendant had a legal and fiduciary duty to manage the assets in the best



interest of Thomas Hancock and his estate.
c. On or about [date], the Defendant engaged in actions that constitute:
i. Fraud by misrepresenting and concealing information regarding the management of estate funds.
ii. Breach of fiduciary duty through the improper handling and misappropriation of funds.
iii. Negligence by failing to exercise the necessary skill and care in managing the estate's financial affairs.

## 5. DAMAGES

a. As a direct and proximate result of the Defendant's actions, the Plaintiff has suffered financial losses, including the misappropriation of funds totaling $5.7 million and other consequential damages.
b. Plaintiff requests compensation for lost funds, all consequential damages, and legal fees incurred due to this action.

## 6. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of the Thomas Hancock Estate, respectfully requests that this Court:
a. Award compensatory damages in favor of the Plaintiff against the Defendant in the amount of $5.7 million;
b. Award punitive damages against the Defendant for his fraudulent actions;
c. Award costs, including reasonable attorney's fees;
d. Grant any further relief the Court deems just and proper.

Dated this 12th day of January, 2026.

Melissa Beck, Personal Representative
Thomas Hancock Estate